**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Styles For Less, Inc. a California corporation** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Styles** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-0516172 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1205 N. Miller Street**<br>**Anaheim, CA 92806**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | _____ | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Styles For Less, Inc., a California corporation**  Case number (*if known*) _____
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
|   |   | ☐ Yes. |

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
|   |   | ☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ |   |   | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Styles For Less, Inc., a California corporation**                          Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Styles For Less, Inc., a California corporation**                Case number (*if known*) _____
       Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/06/2017
             MM / DD / YYYY

X _____         **August DeAngelo**
  Signature of authorized representative of debtor    Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

X _____         Date  11/06/2017
  Signature of attorney for debtor                    MM / DD / YYYY

**Marc J. Winthrop**
Printed name

**Winthrop Couchot Golubow Hollander, LLP**
Firm name

**660 Newport Center Dr., Suite 400**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**#63218**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Marc J. Winthrop – State Bar No. 63218<br>**WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP**<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile: (949)720-4111<br>☒ *Attorney for: Debtor* | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|
| In re:<br><br>Styles For Less, Inc.<br><br>Debtor.(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)<br>[LBR 1006-1(h)]** |

☒ Petition, statement of affairs, schedules or lists  Dated Filed: Concurrently and as needed during case

☒ Amendments to the petition, statement of affairs, schedules or lists  Dated Filed: <u>As needed during case</u>

☒ Other: All other documents during the Chapter 11 case  Dated Filed: <u>As needed during case</u>

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____  11/06/2017
*Signature of Authorized Signatory of Filing Party*  Date

<u>August DeAngelo, Chief Financial Officer</u>
*Printed Name and Title of Authorized Signature of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the Court or other parties.

Marc J. Winthrop  _____  11/06/2017

Garrick A. Hollander  _____  11/3/17

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

| *June 2015* | | F 1002-1.DEC.ELEC.FILING.CORP |
|---|---|---|

MAINDOCS-#231306-v1-StylesDecElectronicFiling

**United States Bankruptcy Court**

**Central District of California**

In re :  **Styles for Less, Inc.**                                                  Case No.
                                                    Debtor       Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, August DeAngelo, am the Chief Financial Officer of Styles For Less, Inc., the Debtor named herein and that on October 31, 2017 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that August DeAngelo, the Chief Financial Officer of Styles For Less, Inc., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Styles For Less, Inc.; and

Be It Further Resolved, that August DeAngelo, the Chief Financial Officer of Styles For Less, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that August DeAngelo, the Chief Financial Officer of Styles For Less, Inc., is authorized and directed to employ the law firm of Winthrop Couchot Golubow Hollander, LLP to represent the Debtor in such bankruptcy case."

Executed on: November 6, 2017          Signed: _____
                                                                      August DeAngelo
                                                                       Chief Financial Officer
                                                                       **Name and Title**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Styles For Less, Inc. a California corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Patterson Manouchehri c/o CPT Group, Settlement Fund 16630 Aston St. Irvine, CA 92606 | Shawna High/Carole Thompson shawna@cptgroup.com 949-428-1082 | Trade Debt | | | | $635,100.00 |
| Island Pacific 1940 East Deere Ave Suite 200 Santa Ana, CA 92705 | Richard Gaetano accounting@islandpacific.com 949-476-2212 | Trade debt | | | | $425,669.53 |
| Emily Green c/o CPT Group, Settlement Fund 16630 Aston Street Irvine, CA 92606 | Shawna High/Carole Thompson shawna@cptgroup.com 949-428-1082 | Trade Debt | | | | $400,000.00 |
| Ambiance 2415 E. 15th Street Los Angeles, CA 90021 | Sunny Lee sunnylee@ambianceapparel.com 323-587-0007 ext. 123 | Trade Debt | | | | $337,923.96 |
| Vivace 726 E. 12th Street Ste. #116 Los Angeles, CA 90021 | Mary myvivace@live.com 213-747-2787 | Trade Debt | | | | $311,386.55 |
| Travelers c/o Sullivan Curtis Monroe 1920 Main Street, Suite 600 Irvine, CA 92614 | Jorge Iniguez jorge.iniguez@hubinternational.com 818-257-7459 | Trade Debt | | | | $269,604.50 |

Debtor  **Styles For Less, Inc. a California corporation**          Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zenana<br>1100 S. San Pedro St.<br>#M10<br>Los Angeles, CA 90015 | Zenana Eugene<br><br>zenana_eugene@hotmail.com<br>213-749-0088 | Trade Debt | | | | $258,496.90 |
| Ymi Jeans, Inc.<br>1155 S Boyle Ave.<br>Los Angeles, CA 90023-2109 | Michael Godigian<br><br>michael@ymijeans.com<br>323-581-7700 | Trade Debt | | | | $242,961.80 |
| Adam Tala<br>733 S. Spring Street<br>Los Angeles, CA 90014 | Arian Parvizi<br><br>arian.parvizi@gmail.com<br>213-623-8848 | Trade Debt | | | | $191,283.05 |
| LA Gypsy<br>800 McGarry Street<br>Ste. #5<br>Los Angeles, CA 90021 | Jimmy Yadidsion<br><br>pyadidsion@yahoo.com<br>213-892-8226 | Trade Debt | | | | $164,769.75 |
| 26 International<br>1500 S. Griffith Ave.<br>Los Angeles, CA 90021 | Moti Reuben<br><br>Moti@26international.com<br>213-745-4224 | Trade Debt | | | | $162,425.35 |
| Orly Shoe Corporation<br>350 5th Ave.<br>Ste. #6721<br>New York, NY 10118 | Ezra Antebi<br><br>Ezra@orlyshoes.com<br>212-695-0998 | Trade Debt | | | | $149,580.51 |
| Orange<br>919 S. Towne Ave.<br>Los Angeles, CA 90021 | Pablo Lee<br><br>OrangeLA@live.com<br>213-488-9955 | Trade Debt | | | | $142,278.55 |
| Emma Footwear<br>c/o White Oak<br>PO Box 100895<br>Atlanta, GA 30384-4174 | David Conley/Robert Grbic<br><br>mailings@whiteoakcf.com<br>212-887-7900 | Trade Debt | | | | $136,942.45 |
| Julia Fashion<br>3187 S. Alameda Street<br>Los Angeles, CA 90058 | John Ryu<br><br>john@juliafashion.com<br>323-234-7777 | Trade Debt | | | | $133,001.15 |
| Jesco Sales Group<br>37 W. 37th St.<br>Ste. #305<br>New York, NY 10018 | Isaac Moghrabi<br><br>isaacm@jescofootwear.com<br>917-548-4456 | Trade Debt | | | | $132,034.10 |

Debtor   **Styles For Less, Inc. a California corporation**            Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GTT Communications, Inc.<br>c/o GTT Americas, LLC<br>7900 Tysons One Place, Suite 1450<br>Mc Lean, VA 22102 | Min Swe<br><br>Min.Swe@gtt.net<br>714-327-2227 | Trade debt | | | | $129,102.01 |
| DDR CORP<br>3300 ENTERPRISE PARKWAY<br>Beachwood, OH 44122 | Patrick Brady/Jennifer Farnsworth<br><br>pbrady@ddr.com<br>602-358-2259 | Trade Debt | | | | $120,022.00 |
| Kay Fashion, LLC<br>2416 E. 16th St.<br>Los Angeles, CA 90021 | Ariel Birman<br><br>arielbirman@yahoo.com<br>818-601-6044 | Trade Debt | | | | $117,987.90 |
| B Envied<br>1100 S. San Pedro St.<br>Ste. #A-4<br>Los Angeles, CA 90015 | Lily<br><br>store@papermoonclothing.com<br>213-258-0453 | Trade Debt | | | | $115,461.50 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Newport Beach, California**  , California.

Date: 11/06/2017

August DeAngelo
Signature of Debtor

Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Styles For Less, Inc., a California corporation** | |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/06/2017    X _____
Signature of individual signing on behalf of debtor

**August DeAngelo**
Printed name

**Chief Financial Officer**
Position or relationship to debtor